IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERNEST KEISTER, | : | No. 4:13-cv-00118 |
| Plaintiff, | : | |
| v. | : | (Judge Brann) |
| PPL CORPORATION,<br>INTERNATIONAL BROTHERHOOD<br>OF ELECTRICAL WORKERS,<br>LOCAL 1600, | : | |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this 6th day of October, 2015, **IT IS HEREBY ORDERED** that:

1. Defendant International Brotherhood of Electrical Workers, Local 1600's Motion for Summary Judgment, ECF No. 36, is GRANTED in full.

2. Defendant PPL Corporation's Motion for Summary Judgment, ECF No. 40, is GRANTED in full.

3. Defendant PPL Corporation's Motion for Rule 11 Sanctions, ECF No. 38, is HELD IN ABEYANCE, pending a Hearing before this Court on **Thursday, October 29, 2015 at 1:30 p.m. in Courtroom Number One, Fourth Floor, United States Courthouse and Federal**

1

**Building, 240 West Third Street, Williamsport, Pennsylvania, 17701.**

4. At the time of the Rule 11 Hearing, the Court will hear arguments from both Defendant PPL Corporation and Plaintiff's Counsel as to:

    (i) whether Rule 11 Sanctions are warranted; and

    (ii) if Rule 11 Sanctions are warranted, the remedy that is most appropriate.

5. No further briefing on Defendant PPL's Rule 11 Motion is required at this time. However, on the day of the Hearing, both Parties may submit to the Court three (3) copies of a concise Table of Authorities listing the legal sources on which they plan to rely and three (3) copies of a small Exhibit Binder containing the relevant pleading or discovery material from this case that they plan to reference.

6. The Court will defer entry of final judgment pending the disposition of Defendant PPL's Rule 11 Motion.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge