IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERNEST KEISTER, | : | No. 4:13-cv-00118 |
| Plaintiff, | : | |
| | : | (Judge Brann) |
| v. | : | |
| PPL CORPORATION AND INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 1600, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 19th day of February 2016, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

In recognition of the Court's grant of summary judgment in favor of Defendants, ECF Nos. 54–55, its grant of sanctions under Fed. R. Civ. P. 11, ECF Nos. 62–63, and its grant of fees and costs under Fed. R. Civ. P. 54, ECF Nos. 62–63,

1. Plaintiff's counsel, Donald P. Russo, Esquire, shall pay Defendant PPL Corporation $57,958.59, as a consequence of PPL's successful Rule 11 Motion.

2. Mr. Russo shall also pay Defendant International Brotherhood of Electrical Workers, Local 1600 $57,958.96 as a consequence of the Union's successful Rule 54 Motion.

3. The Clerk of Court is directed to enter final judgment in favor of Defendants and close this case.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge